## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TIMOTHY SHAW, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>VIRCUREX, ANDREAS ECKERT AKA KUMALA, and JANE OR JOHN DOE,<br><br>                    Defendants. | C.A. No. 1:18-cv-00067-MEH |

### PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE ELECTRONIC SERVICE ON DEFENDANTS OUTSIDE OF THE UNITED STATES

Plaintiff Timothy Shaw ("Plaintiff") hereby moves this court pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure for an order permitting Plaintiff to effect electronic serve on non-U.S.-resident defendants: Vircurex, Andreas Eckert a/k/a "Kumala" ("Eckert"), and Jane or John Doe ("Doe," and collectively with Vircurex and Eckert, "Defendants"). Specifically, Plaintiff requests an order permitting him to serve the Complaint and Summonses in this matter upon Defendants via electronic mail to Vircurex's e-mail address, customerservice@vircurex.com.

This motion is based on this motion, the Memorandum of Law filed concurrently herewith, all of the pleadings, files and records in this proceeding, all other matters of which this Court may take judicial notice, and any additional argument or evidence that may be presented to or considered by this Court prior to its ruling.

## **L.R. 7.1(a) CERTIFICATION**

Given that Defendants have yet to appear in the instant action and Plaintiff's counsel has been unable to locate Defendants, the conferral requirements of L.R. 7.1(a) have not been met.

Dated: February 20, 2018

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Donald J. Enright*
Donald J. Enright
E-mail: denright@zlk.com
John A. Carriel
E-mail: jcarriel@zlk.com
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121

*Attorneys for Plaintiff Timothy Shaw*