**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| TIMOTHY SHAW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRCUREX, ANDREAS ECKERT AKA KUMALA, and JANE OR JOHN DOE,<br><br>Defendants. | C.A. No. 1:18-cv-00067-MEH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE ELECTRONIC SERVICE ON DEFENDANTS OUTSIDE OF THE UNITED STATES**

This matter is before the court upon Plaintiff Timothy Shaw's ("Plaintiff") motion to effect service of the Complaint and Summonses in this matter upon defendant Vircurex, Andreas Eckert a/k/a "Kumala," and Jane or John Doe via electronic mail to Vircurex's email address, customerservice@vircurex.com. Having reviewed the materials submitted and being fully advised:

IT IS HEREBY ORDERED that said motion is GRANTED and Plaintiff may effectuate service on Vircurex, Andreas Eckert a/k/a "Kumala," and Jane or John Doe via e-mailing the Summonses and Complaint to customerservice@vircurex.com.

IT IS SO ORDERED

Dated: _____                               _____
                                                                              Michael E. Hegarty
                                                                              United States Magistrate Judge