# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TIMOTHY SHAW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRCUREX, ANDREAS ECKERT AKA KUMALA, and JANE OR JOHN DOE,<br><br>Defendants. | C.A. No. 1:18-cv-00067-MEH |

### DECLARATION OF JOHN A. CARRIEL IN SUPPORT OF PLAINTIFF TIMOTHY SHAW'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE ELECTRONIC SERVICE ON DEFENDANTS OUTSIDE OF THE UNITED STATES

I, John A. Carriel, hereby declare that:

1. I am an associate with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Plaintiff Timothy Shaw ("Plaintiff") in the above-captioned action. I am a member of the Bar of the District of Columbia. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein. If called upon, I could and would competently testify thereto.

2. I respectfully submit this declaration in support of Plaintiff's Motion for Leave to Effect Alternative Electronic Service on Defendants Outside of the United States (the "Motion").

3. Counsel for Plaintiff – and, specifically, I personally -- have made persistent, diligent and varied efforts to effectuate process upon Defendants by engaging in an extensive investigation to uncover more precise information about Defendants' identities, addresses and geological location. Counsel's investigation included: (1) reviewing all relevant materials in

Plaintiff's possession; (2) reviewing countless posts on internet forums, many of which required translating to English; (3) conducting hours of boolean searches—in English, German, and Chinese—on multiple online search engines—including Google, Bing and Duckduckgo—to ascertain any and all publicly available information relating to Vircurex, its founders as well as all other companies such persons have been associated with; (4) combing through years of archived and cached internet forums and webpages; (5) using free online tools to locate general geolocation data from Defendants' domain names, I.P. addresses, usernames, and email addresses; (6) analyzing metadata from all documents known to have been created or released by Defendants; (7) analyzing computer code known to have been created by Defendants; and (8) reviewing "quarterly reports" released by Defendants regarding the financial status of Vircurex, published articles and information available on Vircurex's website. Despite the foregoing extensive efforts to uncover more exact information about Defendants' current physical location, our investigation has not yielded definitive information.

4. Our investigation has been unable to ascertain any specific address which Plaintiff could use to effectuate service. Additionally, the Individual Defendants' whereabouts, as well as the exact jurisdiction in which Defendant Vircurex is incorporated or located, are completely unknown to Plaintiff and Plaintiff's Counsel.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true to the best of my knowledge.

Dated: February 20, 2018                              /s/ *John A. Carriel*
                                                      John A. Carriel