**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

TIMOTHY SHAW, individually and on behalf
of all others similarly situated,

                             Plaintiff,

v.

VIRCUREX, ANDREAS ECKERT AKA
KUMALA, and JANE OR JOHN DOE,

                           Defendants.

C.A. No. 1:18-cv-00067-MEH

**AFFIDAVIT OF JOHN A. CARRIEL**

I, John A. Carriel, swear under penalty of perjury as follows:

1.     I am an associate with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"),

counsel for Plaintiff Timothy Shaw ("Plaintiff") in the above-captioned action.  I am a member of

the Bar of the District of Columbia and I am admitted to practice in the United States District Court

for the District of Colorado.  This affidavit is based on my own personal knowledge and/or the

firm's records of the matters stated herein.  If called upon, I could and would competently testify

thereto.

2.     Counsel for Plaintiff, and I personally, have served Defendants Vircurex, Andreas

Eckert a/k/a Kumala, and Jane or John Doe, pursuant to the methods outlined in this Court's Order

Permitting Substituted Service, ECF No. 9.

3.     Specifically, on February 22, 2018, at 11:15 a.m. Eastern Standard Time, I emailed

the complaint in the instant action, ECF No. 1; the Order Permitting Substituted Service, ECF No.

9; the Summonses for Vircurex, Andreas Eckert a/k/a "Kumala," and Jane or John Doe, ECF No.

1

8; and the Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in District Assignment Cases form, ECF No. 8, to (1) "customerservice@vircurex.com"; (2) "AEckert@googlemail.com"; and (3) "Aeck...@googlemail.com".  Attached hereto as **Exhibit 1** is a true and correct copy of this email.

4.      Shortly after sending the email in Exhibit 1, I received an alert that "AEck…@googlemail.com" was not a valid email address.

5.      Additionally, I received an email from "AEckert@googlemail.com," informing me that they were not "Andreas Eckert a/k/a Kumala."

6.      After receiving this information, I revisited the Google Forums where I obtained the "AEck…@googlemail.com" address and found that the message no longer stated that its author was "Kumala" but instead stated that its author was "A.E."  This indicates that the person believed to be Defendant Eckert a/k/a Kumala likely changed their Google Profile name from "Kumala" to "A.E." at some point between February 15, 2018 and February 22, 2018.  Attached hereto as **Exhibit 2** is a true and correct copy of a Google Forum post believed to have been made by Defendant Andreas Eckert a/k/a Kumala on February 13, 2009, showing that his Google Profile name was "Kumala."   Exhibit 2 was obtained on February 15, 2018, from https://groups.google.com/forum/#!msg/activescaffold/FPhZEz9Aof0/Y79DdBNzok4J.

7.      Attached here to as **Exhibit 3** is a true and correct copy of the same Google Forum post believed to have been made by Defendant Eckert a/k/a Kumala on February 13, 2009, showing that his Google Profile name appears to have been changed to "A.E."  Exhibit 3 was obtained on February 22, 2018, from https://groups.google.com/forum/#!msg/activescaffold/FPhZEz9Aof0/Y79DdBNzok4J.

8.      In an abundance of caution, I thereafter sent a direct private message to "A.E." in response to a post made by "A.E." on a Google forum, at https://groups.google.com/forum/#!activity/activescaffold/Y79DdBNzok4J/activescaffold/Ldf-KbaSnKg/Wo7pFJRwYVUJ. This message attached the same documents and message as contained in Exhibit 1.  Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of the private message I sent to "A.E." on February 22, 2017.  These direct private messages on forums do not appear to be accessible after sending them, as such, the screenshot attached is a copy of the message prior to hitting the send button.

9.      To date, I have not received any message from "A.E." regarding my direct private message nor any indication that the message was not delivered.

10.      I then used the Google Chat function to locate a user named "A.E." with an email address beginning in "AEckert."  This led me to the email address "AEckert1@googlemail.com"/ "AEckert1@gmail.com."  Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot showing that a Google Chat search for "AEckert1@googlemail.com" led to the email "aeckert1@gmail.com" which had a Google Profile name of "A.E."

11.      Based on this information, on February 22, 2018, at 5:11 P.M. Eastern Standard Time, I sent a copy of the email in Exhibit 1 to "AEckert1@googlemail.com."  Attached hereto as **Exhibit 6** is a true and correct copy of the email I sent to "AEckert1@googlemail.com."

12.      To date, I have not received any response from "AEckert1@googlemail.com" nor any indication that the email was not delivered.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true to the best of my knowledge.

Dated: March 8, 2018

John A. Carriel

District of Columbia: ss
Subscribed and sworn before me this
08 day of March , 2018
_____
Notary Public, D.C.
My commission expires .... 04/30/2022

3

EXHIBIT 1

| From: | John Carriel |
|---|---|
| To: | "customerservice@vircurex.com"; "AEckert@googlemail.com"; "Aeck...@googlemail.com" |
| Cc: | Eduard Korsinsky; Donald J. Enright; Elizabeth K. Tripodi |
| Subject: | SERVICE OF SUMMONS AND COMPLAINT: Shaw v. Vircurex, et al. 1:18-cv-00067 |
| Date: | Thursday, February 22, 2018 11:15:00 AM |
| Attachments: | Shaw v. Vircurex et al 1.18-cv-00067 - Filed Complaint.pdf |
| | Shaw v. Vircurex et al 1.18-cv-00067 - ORDER Permitting Substituted Service.pdf |
| | Shaw v. Vircurex et al 1.18-cv-00067 - Summonses.pdf |
| | Shaw v. Vircurex et al 1.18-cv-00067 - Consent.Non-Consent to the Exercise of Jurisdiction by U.S. Magistrate |
| | Judge.pdf |

**PLEASE TAKE NOTICE that Plaintiff Timothy Shaw has filed the attached complaint in the United States District Court for the District of Colorado and has named Vircurex, Andreas Eckert A/K/A "Kumala," and Jane or John Doe as Defendants (the "Complaint"). The Court has authorized electronic service of the attached Complaint and Summonses.**

Attached hereto are the following documents:

- the Complaint;
- the Order Permitting Substituted Service;
- the Summonses for Vircurex, Andreas Eckert a/k/a "Kumala," and Jane or John Doe; and
- the Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases form.

Sincerely,

John A. Carriel, Esq.
Associate
LEVI&KORSINSKY LLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
202.524.4290 (office)
202.774.5793 (office direct)
202.333.2121 (facsimile)
jcarriel@zlk.com | www.zlk.com

Admitted in DC. Not admitted in NY, CT or CA.  CONFIDENTIALITY NOTICE:   This email message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. This email is not intended to create an attorney-client relationship between you and Levi & Korsinsky, LLP. If you communicate with us in connection with a matter for which we do not already represent you, your communication may not be treated as privileged or confidential. In some jurisdictions this email may be considered advertising. Prior results do not guarantee similar outcomes.

EXHIBIT 2

Show instead of Edit when selecting the parent in the list of the child - Google Groups



Google

Search for messages

Groups

My groups
Home
Starred

▼ Favorites

Click on a group's star
icon to add it to your
favorites

▼ Recently viewed

ActiveScaffold : R...

Privacy - Terms of Service

ActiveScaffold : Ruby on Rails Gem ›

## Show instead of Edit when selecting the parent in the list of the child

2 posts by 2 authors

**Kumala**                                                                 2/13/09

I got two classes with a 1:N relation.
E.g. Servicegroup and Service  with    1 Servicegroup having many
Services
class ServicegroupController < ApplicationController
active_scaffold :servicegroup do |config|
    config.columns = [:code, :name]
  end
class ServiceController < ApplicationController
  active_scaffold :service do |config|
    config.columns = [:servicegroup, :code, :name]
    end

If I now display the list of the Services, and click on the service
group (which appears as a link),  then the service group details are
displayed in an edit mode but what I need is a display mode.

How?

Regards
Andreas

**Sergio Cambra**                                                          2/16/09

- show quoted text -

Use config.columns[:servicegroup].actions_for_association_links.delete :edit
or config.columns[:servicegroup].actions_for_association_links = [:show] if
you want to disable new link too.
--
Sergio Cambra .:: entreCables S.L. ::.
Nicolás Guillén 6, locales 2 y 3. 50.018 Zaragoza
T) 902 021 404 F) 976 52 98 07 E) ser...@entrecables.com

# EXHIBIT 3



2/22/2018                          Show instead of Edit when selecting the parent in the list of the child - Google Groups

Google

Groups

POST REPLY

My groups
Home
Starred

Favorites

Click on a group's star
icon to add it to your
favorites

Recently viewed

ActiveScaffold : R...

Privacy - Terms of Service

2 posts by 2 authors

**A. E.**                                                                    2/13/09

I got two classes with a 1:N relation.
E.g. Servicegroup and Service  with   1 Servicegroup having many
Services
class ServicegroupController < ApplicationController
active_scaffold :servicegroup do |config|
   config.columns = [:code, :name]
 end
class ServiceController < ApplicationController
  active_scaffold :service do |config|
   config.columns = [:servicegroup, :code, :name]
   end

If I now display the list of the Services, and click on the service
group (which appears as a link),  then the service group details are
displayed in an edit mode but what I need is a display mode.

How?

Regards
Andreas

Click here to Reply

**Sergio Cambra**                                                             2/16/09

- show quoted text -

Use config.columns[:servicegroup].actions_for_association_links.delete :edit
or config.columns[:servicegroup].actions_for_association_links = [:show] if
you want to disable new link too.
--
Sergio Cambra .:: entreCables S.L. ::.
Nicolás Guillén 6, locales 2 y 3. 50.018 Zaragoza
T) 902 021 404 F) 976 52 98 07 E) ser...@entrecables.com

EXHIBIT 4



# EXHIBIT 5



EXHIBIT 6

| From: | John Carriel |
|---|---|
| To: | "AEckert1@googlemail.com" |
| Cc: | Eduard Korsinsky; Donald J. Enright; Elizabeth K. Tripodi |
| Subject: | SERVICE OF SUMMONS AND COMPLAINT: Shaw v. Vircurex, et al. 1:18-cv-00067 |
| Date: | Thursday, February 22, 2018 5:11:00 PM |
| Attachments: | Shaw v. Vircurex et al 1.18-cv-00067 - Filed Complaint.pdf |
| | Shaw v. Vircurex et al 1.18-cv-00067 - ORDER Permitting Substituted Service.pdf |
| | Shaw v. Vircurex et al 1.18-cv-00067 - Summonses.pdf |
| | Shaw v. Vircurex et al 1.18-cv-00067 - Consent.Non-Consent to the Exercise of Jurisdiction by U.S. Magistrate Judge.pdf |

**PLEASE TAKE NOTICE that Plaintiff Timothy Shaw has filed the attached complaint in the United States District Court for the District of Colorado and has named Vircurex, Andreas Eckert A/K/A "Kumala," and Jane or John Doe as Defendants (the "Complaint"). The Court has authorized electronic service of the attached Complaint and Summonses.**

Attached hereto are the following documents:

- the Complaint;
- the Order Permitting Substituted Service;
- the Summonses for Vircurex, Andreas Eckert a/k/a "Kumala," and Jane or John Doe; and
- the Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases form.

Sincerely,

John A. Carriel, Esq.
Associate
LEVI&KORSINSKY LLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
202.524.4290 (office)
202.774.5793 (office direct)
202.333.2121 (facsimile)
jcarriel@zlk.com | www.zlk.com

Admitted in DC. Not admitted in NY, CT or CA.  CONFIDENTIALITY NOTICE:  This email message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. This email is not intended to create an attorney-client relationship between you and Levi & Korsinsky, LLP. If you communicate with us in connection with a matter for which we do not already represent you, your communication may not be treated as privileged or confidential. In some jurisdictions this email may be considered advertising. Prior results do not guarantee similar outcomes.