IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00067-MEH

TIMOTHY SHAW,

     Plaintiff,

v.

VIRCUREX,
ANDREAS ECKERT, and
JOHN/JANE DOE

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2018.**

     This matter comes before the Court sua sponte. Due to the current posture of this case, the Scheduling Conference currently set for March 19, 2018, is **converted to a Status Conference** and will commence at **10:45 a.m.** that same day in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

     Plaintiff's counsel shall be prepared to discuss the status of service of process on the Defendants in this case.

     Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).