IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-00067-MEH | Date: | March 19, 2018 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

TIMOTHY SHAW,   Donald Enright

    Plaintiff,

v.

VICUREX,
ANDREAS ECKERT,
JANE/JOHN DOE,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**   **10:48 a.m.**

The Court calls case.   Appearances of counsel.   Donald Enright and John Carriel appeared by telephone.

Discussion was held regarding the status of service.   Per the Affidavit filed on March 8, 2018, service was completed on February 22, 2018.   It is believed that Andreas Eckert resides in Germany.

**ORDERED:**   Based on service being made on February 22, 2018, the Clerk of Court is ORDERED to enter an entry of default against Andreas Eckert, Vicurex, and Jane/John Doe.

**Court in recess:**   **10:58 a.m.**   (Hearing concluded)
Total time in court:   0:10

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.