# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TIMOTHY SHAW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRCUREX, ANDREAS ECKERT AKA KUMALA, and JANE OR JOHN DOE,<br><br>Defendants. | C.A. No. 1:18-cv-00067-MEH |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

Plaintiff Timothy Shaw hereby moves this court pursuant to Federal Rule of Civil Procedure 23, for an order:

1. Certifying Plaintiff's claims against Vircurex, Andres Eckert a/k/a "Kumala", and Jane or John Doe (collectively "Defendants") to be litigated as a class action on behalf of the following class (the "Class"):

> all persons or entities that have had their Bitcoin ("BTC") or Litecoin ("LTC") funds frozen or otherwise misappropriated by the Vircurex online cryptocurrency exchange since March 24, 2014. Excluded from the Class are Defendants in this litigation, the present and former officers and directors of Vircurex and any subsidiary thereof, members of Eckert's and Doe's immediate families and their legal representatives, heirs, successors or assigns and any entity in which any of the Defendants has or had a controlling interest

2. Appointing Timothy Shaw as Class Representative;

3. Appointing Levi & Korsinsky, LLP as Class Counsel; and

4. Granting such other and further relief the Court may deem just and proper.

This motion is based on this motion, the Memorandum of Law filed concurrently herewith, all of the pleadings, files and records in this proceedings, all other matters of which this Court may take judicial notice, and any additional argument or evidence that may be presented to or considered by this Court prior to its ruling.

## L.R. 7.1(a) CERTIFICATION

Given that Defendants have yet to appear in the instant action and Plaintiff's counsel has been unable to locate Defendants, the conferral requirements of L.R. 7.1(a) have not been met.

Dated: July 18, 2018

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Donald J. Enright*
Donald J. Enright
E-mail: denright@zlk.com
John A. Carriel
E-mail: jcarriel@zlk.com
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121

*Attorneys for Plaintiff Timothy Shaw*