**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| TIMOTHY SHAW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VIRCUREX, ANDREAS ECKERT AKA KUMALA, and JANE OR JOHN DOE,<br><br>    Defendants. | C.A. No. 1:18-cv-00067-MEH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

This matter is before the court upon Plaintiff Timothy Shaw's ("Plaintiff") Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel (the "Motion").  Having reviewed the materials submitted and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The action is hereby certified to proceed as a class action pursuant to Rules 23(a) and (b) of the Federal Rules of Civil Procedure;

3. Plaintiff is hereby appointed as Class Representative; and

4. Levi & Korsinsky, LLP is hereby appointed as Class Counsel.

IT IS SO ORDERED

Dated: _____                         _____
                                                Michael E. Hegarty
                                                United States Magistrate Judge