# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TIMOTHY SHAW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRCUREX, ANDREAS ECKERT AKA KUMALA, and JANE OR JOHN DOE,<br><br>Defendants. | C.A. No. 1:18-cv-00067-MEH |

## [PROPOSED] DEFAULT JUDGMENT

Defendants Vircurex, Andreas Eckert a/k/a "Kumala", and Jane or John Doe ("Defendants"), having failed to appear, plead, or otherwise defenda in this action, and default having been entered on March 19, 2018, and counsel for Plaintiff having requested judgment against the defaulted Defendants and having filled a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b) and Local Rule 55.1.

The Court finds that Plaintiff has submitted sufficient evidence to establish his and the Class' entitlement to damages.  The court notes the record tends to show: (1) Defendants unlawfully breached their contracts with Plaintiff and the Class by freezing the Class' funds on the Vircurex exhange; (2) Defendants unlawfully converted Plaintiff's and the Class' funds and were unjustly enriched thereby; (3) Plaintiff and the Class were harmed as a result of Defendants unlawful conduct; (4) Defendants are liable to Plaintiff and the Class for such breaches and unlawful activities; and (5) Plaintiff and the Class are entitled to rescission and pre and postjudgment interest.

Judgment is hereby entered in favor of Plaintiff, Timothy Shaw, and the Class, against Defendants Vircurex, Andreas Eckert a/k/a "Kumala", and Jane or John Doe, to be held jointly and severally liable, in the amount of 1,664.75 Bitcoins and 124,726 Litecoins plus eight (8) percent prejudgment interest beginning on March 24, 2014, and postjudgment interest on the judgment at the legal rate until the judgment is satisfied.

DATED: July __, 2018

                                                        Michael E. Hegarty
                                                       United States Magistrate Judge