IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00067-MEH

TIMOTHY SHAW,

    Plaintiff,

v.

VIRCUREX,
ANDREAS ECKERT, and
JOHN/JANE DOE

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2018.**

    In light of the dispositive nature of this case and the lack of consent to this Court's jurisdiction, the Court directs the Clerk of the Court to reassign this case pursuant to D.C. Colo. LCivR 40.1(c)(2).  This Court may continue on the case to hear matters referred by the District Judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C. Colo. LCivR 72.1(c).